## Commonwealth ex rel. Myers, Appellant, *v.* Myers.

Argued March 11, 1974. *H. Haefner*, with him *Sam Ferguson Musser*, for appellant; *Eugene Campbell*, for appellee.

Order affirmed.

## Commonwealth ex rel. Rahill *v.* Rahill, Appellant.

Argued March 18, 1974. *Jean B. Green*, with her *Waters, Fleer, Cooper & Gallager*, for appellant; *Jack A. Rounick*, with him *Pechner, Sacks, Dorfman, Rosen & Richardson*, for appellee.

Order affirmed.

## Commonwealth ex rel. Sassu *v.* Sassu, Appellant.

Argued March 18, 1974. *Jack A. Rounick*, with him *Pechner, Sacks, Dorfman, Rosen & Richardson*, for appellant; *James R. Caiola*, for appellee.

Order affirmed.